# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

KAREN FINLEY,

       Plaintiff,

                              CASE NO. 08-CV-11310

-vs-

                              PAUL D. BORMAN

STATE FARM FIRE AND CASUALTY    UNITED STATES DISTRICT JUDGE
COMPANY, a Michigan Insurance
Company,

       Defendant.
_____/

## ORDER DISMISSING CASE FOR FAILURE TO PROSECUTE CLAIMS

      Before the Court is the Court's Order Requiring Plaintiff to Show Cause by February 23, 2009 Why This Case Should not be Dismissed for Failure to Prosecute Her Claims. (Dkt. No. 23). The Order specifically required Plaintiff to appear before this Court at a hearing scheduled for February 23, 2009 at 2:30 p.m. Plaintiff did not appear for the hearing. Because Plaintiff has failed to show cause why her case should not be dismissed for failure to prosecute her claims, the Court **DISMISSES WITHOUT PREJUDICE** Plaintiff's Complaint.

      **SO ORDERED**.

                                                      S/Paul D. Borman
                                                      PAUL D. BORMAN
                                                      UNITED STATES DISTRICT JUDGE

Dated: February 27, 2009

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on February 27, 2009.

                                                S/Denise Goodine  
                                                Case Manager